

P.O. Box 6000
Waterloo, IA 50704-6000

**ADDRESS SERVICE REQUESTED**

```
**AUTO**SCH 5-DIGIT 50606
9123 1 AV 0.386    Tr 18 Pt 1
153057-10.19 0 9123-1.3   1oz
```



G L MCMANIGLE
107 N NELSON AVE
STANLEY IA 50671-9566



**VERIFY YOUR CONTACT INFORMATION**

Make sure Veridian has your current mailing address, phone number and email so you don't miss out on important updates.

Check your information through the *Settings* widget in online banking or by using our Live Chat at veridiancu.org.



Touch fewer public surfaces with
**TAP TO PAY**
Now on every Veridian Visa.



## SUMMARY OF ACCOUNTS

| Account Name | Account Number | Dividends Year-To-Date | Beginning Balance | Ending Balance |
|---|---|---|---|---|
| MEMBER EQUITY SAVINGS | 151865001 | $2.74 | $8,386.45 | $8,213.12 |
| SHARE DRAFT ACCOUNT | 1590015186504 | $0.73 | $5,313.14 | $817.40 |
| 25 MO CD SPECIAL | 151865013 | $14.22 | $1,117.39 | $1,117.39 |
| Total | | | $14,816.98 | $10,147.91 |

## MEMBER EQUITY SAVINGS    151865001

11/01/2020 to 11/30/2020     Interest Rate: 0.100%     Dividends earned this period: $0.67

| OVERDRAFT FEES | This Period $0.00 | Year-To-Date $0.00 | RETURNED ITEM FEES | This Period $0.00 | Year-To-Date $0.00 | TOTAL FEES | This Period $0.00 | Year-To-Date $0.00 |
|---|---|---|---|---|---|---|---|---|

### ACCOUNT ACTIVITY FOR MEMBER EQUITY SAVINGS     Starting Balance: $8,386.45

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/09/20 | Withdraw Transfer | -$1,000.00 | $7,386.45 |
| 11/18/20 | Ext Deposit SSA  TREAS 310  - XXSOC SEC | $1,276.00 | $8,662.45 |
| 11/24/20 | Withdraw Transfer | -$500.00 | $8,162.45 |
| 11/30/20 | Ext Deposit ST OF IA - IPERS  - IPERS MTHL | $50.00 | $8,212.45 |
| 11/30/20 | Dividends | $0.67 | $8,213.12 |

Ending Balance: $8,213.12

## SHARE DRAFT ACCOUNT     1590015186504

11/01/2020 to 11/30/2020     Interest Rate: 0.050%     Dividends earned this period: $0.09

| OVERDRAFT FEES | This Period $0.00 | Year-To-Date $0.00 | RETURNED ITEM FEES | This Period $0.00 | Year-To-Date $0.00 | TOTAL FEES | This Period $0.00 | Year-To-Date $0.00 |
|---|---|---|---|---|---|---|---|---|

This credit union is federally insured by the National Credit Union Administration.

Veridian Credit Union • 1827 Ansborough Avenue • Waterloo, IA 50701 • 800.235.3228 • veridiancu.org

7121






P.O. Box 6000
Waterloo, IA 50704-6000

**ADDRESS SERVICE REQUESTED**

```
**AUTO**SCH 5-DIGIT 50606
9291 1 AV 0.386     Tr 18 Pt 1
151424-10.18 0 9291-1.2  1oz
```



G L MCMANIGLE
107 N NELSON AVE
STANLEY IA 50671-9566



**VERIFY YOUR CONTACT INFORMATION**

Make sure Veridian has your current mailing address, phone number and email so you don't miss out on important updates.

Check your information through the *Settings* widget in online banking or by using our Live Chat at veridiancu.org.

**Help your accounts stay safe with CARD CONTROL**

ON — Switch debit and credit cards on and off

Set alerts and limit purchases

Find Card Control in online banking and our mobile app.

## SUMMARY OF ACCOUNTS

| Account Name | Account Number | Dividends Year-To-Date | Beginning Balance | Ending Balance |
|---|---|---|---|---|
| MEMBER EQUITY SAVINGS | 151865001 | $2.07 | $7,059.81 | $8,386.45 |
| SHARE DRAFT ACCOUNT | 1590015186504 | $0.64 | $15,924.12 | $5,313.14 |
| 25 MO CD SPECIAL | 151865013 | $14.22 | $1,117.39 | $1,117.39 |
| **Total** | | | **$24,101.32** | **$14,816.98** |

## MEMBER EQUITY SAVINGS

151865001

10/01/2020 to 10/31/2020 — Interest Rate: 0.100% — Dividends earned this period: $0.64

| | This Period | Year-To-Date | | This Period | Year-To-Date | | This Period | Year-To-Date |
|---|---|---|---|---|---|---|---|---|
| OVERDRAFT FEES | $0.00 | $0.00 | RETURNED ITEM FEES | $0.00 | $0.00 | TOTAL FEES | $0.00 | $0.00 |

### ACCOUNT ACTIVITY FOR MEMBER EQUITY SAVINGS
**Starting Balance: $7,059.81**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 10/21/20 | Ext Deposit SSA TREAS 310 - XXSOC SEC | $1,276.00 | $8,335.81 |
| 10/30/20 | Ext Deposit ST OF IA - IPERS - IPERS MTHL | $50.00 | $8,385.81 |
| 10/31/20 | Dividends | $0.64 | $8,386.45 |

**Ending Balance: $8,386.45**

## SHARE DRAFT ACCOUNT

1590015186504

10/01/2020 to 10/31/2020 — Interest Rate: 0.050% — Dividends earned this period: $0.37

| | This Period | Year-To-Date | | This Period | Year-To-Date | | This Period | Year-To-Date |
|---|---|---|---|---|---|---|---|---|
| OVERDRAFT FEES | $0.00 | $0.00 | RETURNED ITEM FEES | $0.00 | $0.00 | TOTAL FEES | $0.00 | $0.00 |

### ACCOUNT ACTIVITY FOR SHARE DRAFT ACCOUNT
**Starting Balance: $15,924.12**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 10/01/20 | Electronic Check 2466 Hy Vee - HY VEE BOC | -$10.25 | $15,913.87 |
| 10/02/20 | Check 2467 | -$296.50 | $15,617.37 |

This credit union is federally insured by the National Credit Union Administration.

Veridian Credit Union • 1827 Ansborough Avenue • Waterloo, IA 50701 • 800.235.3228 • veridiancu.org



7171



P.O. Box 6000
Waterloo, IA 50704-6000

**ADDRESS SERVICE REQUESTED**

```
**AUTO**SCH 5-DIGIT 50606
19417 1 AV 0.386    Tr 43 Pt 2
149982-3.25 0 1715-1.2  1oz
```



G L MCMANIGLE
107 N NELSON AVE
STANLEY IA 50671-9566

---

We are always verifying member accounts.
If errors exist, notify us at:

Veridian Credit Union
Attn: Dawn McMahon
P.O. Box 6000
Waterloo, IA 50704

Please include your name and account number.

---



## October 15 is International Credit Union Day!
Celebrate your cooperative ownership and advocate
for it at veridiancu.org/difference.



## SUMMARY OF ACCOUNTS

| Account Name | Account Number | Dividends Year-To-Date | Beginning Balance | Ending Balance |
|---|---|---|---|---|
| MEMBER EQUITY SAVINGS | 151865001 | $1.43 | $878.50 | $7,059.81 |
| SHARE DRAFT ACCOUNT | 15900151865504 | $0.27 | $970.70 | $15,924.12 |
| 25 MO CD SPECIAL | 151865013 | $14.22 | $1,116.22 | $1,117.39 |
| Total | | | $2,965.42 | $24,101.32 |

## MEMBER EQUITY SAVINGS                                                151865001

| 09/01/2020 to 09/30/2020 | | | | Interest Rate: 0.100% | | | Dividends earned this period: $0.21 | |
|---|---|---|---|---|---|---|---|---|
| OVERDRAFT FEES | This Period $0.00 | Year-To-Date $0.00 | RETURNED ITEM FEES | This Period $0.00 | Year-To-Date $0.00 | TOTAL FEES | This Period $0.00 | Year-To-Date $0.00 |

### ACCOUNT ACTIVITY FOR MEMBER EQUITY SAVINGS
**Starting Balance: $878.50**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/16/20 | Ext Deposit SSA  TREAS 310  - XXSOC SEC | $1,276.00 | $2,154.50 |
| 09/22/20 | Withdraw | -$500.00 | $1,654.50 |
| 09/25/20 | Deposit | $6,155.10 | $7,809.60 |
| 09/30/20 | Ext Deposit ST OF IA - IPERS  - IPERS MTHL | $50.00 | $7,859.60 |
| 09/30/20 | Withdraw Transfer | -$800.00 | $7,059.60 |
| 09/30/20 | Dividends | $0.21 | $7,059.81 |

**Ending Balance: $7,059.81**

## SHARE DRAFT ACCOUNT                                                15900151865504

| 09/01/2020 to 09/30/2020 | | | | Interest Rate: 0.050% | | | Dividends earned this period: $0.04 | |
|---|---|---|---|---|---|---|---|---|
| OVERDRAFT FEES | This Period $0.00 | Year-To-Date $0.00 | RETURNED ITEM FEES | This Period $0.00 | Year-To-Date $0.00 | TOTAL FEES | This Period $0.00 | Year-To-Date $0.00 |

---

This credit union is federally insured by the National Credit Union Administration.

Veridian Credit Union • 1827 Ansborough Avenue • Waterloo, IA 50701 • 800.235.3228 • veridiancu.org

