# G. Lynn McManigle – Chapter 7 Bankruptcy

## Attachment to Statement of Affairs

4. Business Income: 2018   W-2 = $9,100;
   Sale of Corn, Schedule F = $30,828

5. Other Income:
   2020:      Disney Dividends, $1.76;
   Car Insurance refund, $100.00.

   2019:      Cashed Community Bank IRA, $23,871;
   Interest, $412;
   Dividends, $732
   Edward Jones, stock liquidation, $17,000

   2018:      Dividends, $861
   Edward Jones, Capital Gain, $1183

## Attachment to Schedule I

8a. Pasture rent received under an oral agreement of $500 per year. Calculates out to $41.67 per month.

# G. Lynn McManigle – Chapter 7 Bankruptcy

# Attachment to Schedule A, Real Estate

Homestead, legally described as:

"Beginning 363.00 feet West and 115.50 feet South of the Northeast corner of the Northwest Quarter of Section 5, Township 90 North, Range 8 West of the 5th P.M. in Buchanan County, Iowa, thence South 89° 22' 30" West 613.00 feet to the Northeasterly line of the Chicago & Northwestern Railway, thence South 65° 45' 30" East 697.74 feet along said Northeasterly line to a point which is 363.00 feet West of the East line of said Northwest Quarter of Section 5, thence North 00° 00' East 282.69 feet to the point of beginning;
And
Commencing 12 rods and 15 feet South of the Northeast corner of the Northwest Quarter of Section 5, Township 90 North, Range 8 West of the 5th P.M. in Buchanan County, Iowa, running thence West 22 rods, thence South to the North line of the Chicago & Northwestern Railway right of way, thence Southeasterly along said Railroad right of way to a point where said line intersects the East line of the Northwest Quarter of said Section 5, thence North along said East line to the point of beginning;
And
Beginning 363.00 feet West of the Northeast corner of the Northeast Quarter of the Northwest Quarter of Section 5, Township 90 North, Range 8 West of the 5th P.M. in Buchanan County, Iowa, thence South 115.50 feet, thence South 89° 22' 30" West 613.00 feet to the Northeasterly line of the Chicago and Northwestern Railway, thence along said Railway North 65° 45' 30" West 25.50 feet, thence South 24° 14' 30" West 100.00 feet, thence North 65° 45' 30" West 310.66 feet to the West line of said Northeast Quarter of the Northwest Quarter, thence North 0° 13' 15" East 64.86 feet along said West line to the Northwest corner of said Northeast Quarter of the Northwest Quarter, thence North 89° 22' 30" East 960.35 feet along the North line of said Northeast Quarter of the Northwest Quarter to the point of beginning, except the existing road.
And
That part of the North Half of the Northwest Quarter of Section 5, Township 90 North, Range 8 West of the 5th P.M., bounded and described as follows: Commencing at a point distant 66 feet Westerly, measured at right angles, from the West line of Lot 7, Block 4 in Stanley, and distant 150 feet Northeasterly, measured at right angles, from the center line of the main track (now removed) of the Minnesota and North Western Rail Road Company (later the Chicago Great Western Railway Company, now the Chicago and North Western Transportation Company), as said main track center line was originally located and established over and across said Section 5; thence Northwesterly parallel with said original main track center line a distance of 50 feet to the point of beginning of the tract of land herein described; thence Southerly parallel with the West line of said Lot 7 a distance of 50 feet; thence Southeasterly parallel with said original main track center line a distance of 50 feet; thence Northerly parallel with the West line of said Lot 7 a distance of 50 feet to the point of commencement; thence Southeasterly parallel with said original main track center line a distance of 45 feet, more or less, to a point on the East line of the Northwest Quarter of said Section 5; thence Southerly along said East line a distance of 330 feet, more or

less, to a point distant 150 feet Southwesterly, measured at right angles, from said original main track center line; thence Northwesterly parallel with said center line a distance of 1,220 feet, more or less, to a point on a line drawn at right angles to said center line at a point thereon distant 544.4 feet Southeasterly from the intersection thereof with the North line of said Section 5; thence Northeasterly along said last described right angle line a distance of 100 feet; thence Northwesterly parallel with and distant 50 feet Southwesterly, measured at right angles from said original main track center line, a distance of 675 feet, more or less, to a point on the North line of said Section 5; thence Easterly along said North line a distance of 235 feet, more or less, to a point distant 50 feet Northeasterly, measured at right angles, from said original main track center line; thence Southeasterly parallel with said center line a distance of 455 feet, more or less, to a point on a line drawn at right angles to said center line at a point thereon distant 544.4 feet Southeasterly from the intersection thereof with the North line of said Section 5; thence Northeasterly along said last described right angle line a distance of 100 feet; thence Southeasterly along a line parallel with and distant 150 feet Northeasterly, measured at right angles from said original main track center line, a distance of 985 feet, more or less, to the point of beginning."