# UNITED STATES BANKRUPTCY COURT
## Northern District of Iowa

| | |
|---|---|
| In Re: | Chapter: 7<br>Case No.: 20−01364<br>Office Code: 6 |

G. Lynne McManigle
aka Gloria Lynne McManigle

Debtor(s)

## NOTICE OF POSSIBLE DIVIDEND AND
## NOTICE OF DEADLINE FOR FILING TIMELY CLAIMS

TO ALL CREDITORS AND PARTIES IN INTEREST:

Notice was previously given that it appeared that there were no assets in the bankruptcy estate from which a dividend could be paid to unsecured creditors. Creditors were advised at that time that it was unnecessary to file proofs of claim.

It now appears that there may be assets in excess of the costs of administration and that payment of a dividend is possible. In order to receive a dividend, a creditor must file a proof of claim.

A Proof of Claim form can be filed electronically by completing the online electronic Proof of Claim (ePOC) found on our public web site (www.ianb.uscourts.gov) or obtain the Official Form B410 at the United States Courts Web site (www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) and mail the completed form to the address appearing below.

If you want to file a TIMELY claim against the estate, you must file your proof of claim with the Clerk of Court

**ON OR BEFORE 4/29/21**

If you have already filed a proof of claim, there is no need to file again unless you wish to amend your claim.

Dated: 1/27/21

>SHARON K. MULLIN
>Clerk, U.S. Bankruptcy Court
>111 Seventh Avenue SE #15
>Cedar Rapids, IA 52401−2101